| Prob 22 (2/98) | | DOCKET NUMBER (Tran Court) 0863 4:04CR00224-001 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Rec Court) 08CR50001 |
| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE: Neal Kramer | DISTRICT Southern Iowa | DIVISION Des Moines |
| | NAME OF SENTENCING JUDGE Ronald E. Longstaff Senior U. S. District Judge | |
| | DATES OF PROB/TSR RELEASE | FROM 9/20/2007 — TO 9/19/2010 |
| OFFENSE 21:846 and 841(b)(1)(C) - Conspiracy to Distribute MDMA | | |

FILED
JAN 0 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF IOWA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Northern District Of Illinois</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

November 28, 2007
Date

_Ronald E. Longstaff_
RONALD E. LONGSTAFF, Senior Judge
United States District Court

\* This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>NORTHERN DISTRICT OF ILLINOIS</u>

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12-4-07
Date

_Frederick J. Kapala_
United States District Judge

Frederick J. Kapala, Rockford, IL

# UNITED STATES DISTRICT COURT
# OFFICE OF THE CLERK
# SOUTHERN DISTRICT OF IOWA

**123 East Walnut Street, Room 300, P. O. Box 9344**
**Des Moines, Iowa 50306-9344    Tel: (515) 284-6248**

Date December 17, 2007

Clerk, U.S. District Court
211 South Court Street
Rockford, Illinois 61101

   Re: **PROB 22 Transfer of Case for Term of Supervised Release/Probation**
     **USA v. Neal Kramer , S.D. Ia.  Case No. 4-04-cr-224**

Dear Clerk of Court:

  Please find enclosed certified copies of the docket, indictment, judgment, and either a satisfaction of judgment or statement of account in the above captioned case. If a statement of account is enclosed, please provide a copy to your finance department. This case is being transferred to your district for supervision of the defendant post-judgment. Jurisdiction has been transferred to your district, and we have closed our case file.

  Please confirm receipt of this paperwork by signing and returning a copy of this letter indicating the case number which has been assigned in your district. Thank you for your cooperation. If you need anything further or have any questions, please feel free to call me.

          Sincerely,

          MARGE KRAHN, CLERK

          D. Vogel

Encs.

Received in Northern District of Illinoison   1/2/08   (date).

Case number assigned in N.D. of Illinois:   08 CR 50001  .

TERMED

# U.S. District Court
# United States District Court for the Southern District of Iowa (Central)
# CRIMINAL DOCKET FOR CASE #: 4:04-cr-00224-REL-RAW-1
# Internal Use Only

Case title: USA v. Kramer
Magistrate judge case number: 4:04-mj-20158

Date Filed: 09/08/2004
Date Terminated: 01/07/2005

Assigned to: Senior Judge Ronald E. Longstaff
Referred to: Magistrate Judge Ross A. Walters

**Defendant (1)**

**Neal Kramer**
*TERMINATED: 01/07/2005*

represented by **B John Burns, III**
FEDERAL PUBLIC DEFENDERS OFFICE
400 LOCUST STREET
SUITE 340
DES MOINES, IA 50309-2353
515 309 9610
Fax: 515 309 9625
Email: b._john_burns@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

> ECF CERTIFICATION
> I DO HEREBY ATTEST AND CERTIFY THIS IS A TRUE AND FULL COPY OF A DOCUMENT WHICH IS PART OF THE ELECTRONIC CASE FILE MAINTAINED BY THE U.S. DISTRICT COURT.
> DATE: DEC 21 2007
> MARJORIE E. KRAHN, CLERK
> BY: /s/ DEPUTY CLERK

**Pending Counts**

21:846 and 841(b)(1))C) CONSPIRACY TO DISTRIBUTE METHYLENEDIOXYMETHAMPHETAMINE (also known as Ecstasy)
(1)

**Disposition**

Defendant committed to the custody of the US BOP to be imprisoned for a term of 37 months. Supervised Release - 3 years. AMENDED JUDGMENT entered 10/5/2005. Defendant committed to the custody of the US BOP to be imprisoned for a term of 37 months, to run concurrently with his sentence in St. of IA v Neal Kramer, Story Co. Nos. FECR0334619 and FECR034577. Supervised Release - 3 years.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                   **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                          **Disposition**

None

---

**Plaintiff**

USA                             represented by   **Debra L Scorpiniti**
                                                 UNITED STATES ATTORNEY
                                                 SECOND FLR COURTHOUSE
                                                 ANNEX
                                                 110 E COURT AVE
                                                 DES MOINES, IA 50309-2043
                                                 515 284 6257
                                                 Fax: 515 284 6281
                                                 Email: debra.scorpiniti@usdoj.gov
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/21/2007 | 21 | Supervised Release Jurisdiction Transferred to Norther District of Illinois as to Neal Kramer Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment, docket sheet, and statement of account. (Attachments: # 1 Transfer letter from ND Illinois) (dv, ) (Entered: 12/21/2007) |
| 12/09/2005 | 20 | Judgment Returned Executed as to Neal Kramer on 11/30/05. Defendant committed to FPC, Leavenworth, Kansas. (jl ) (Entered: 12/09/2005) |
| 10/05/2005 | 19 | AMENDED JUDGMENT entered 10/5/2005. Defendant committed to the custody of the US BOP to be imprisoned for a term of 37 months, to run concurrently with his sentence in St. of IA v Neal Kramer, Story Co. Nos. FECR0334619 and FECR034577. Supervised Release - 3 years. The defendant shall receive credit on his sentence in Case No. 04-224 from January 7, 2005, the date of his sentencing hearing. 325-OJ-55. Entered by Ronald E. Longstaff on 10/5/2005. (pb, ) (Entered: 10/05/2005) |
| 10/05/2005 | 18 | Sealed Document (pb, ) (Entered: 10/05/2005) |
| 10/04/2005 | 17 | ORDER granting 15 Motion for order nunc pro tunc as to Neal Kramer |

| | | |
|---|---|---|
| | | (1) . Entered by Ronald E. Longstaff on 10/4/2005. (jm) (Entered: 10/04/2005) |
| 09/22/2005 | 🔘16 | MOTIONS REFERRAL - NO DOCUMENT - as to Neal Kramer REFERRED to Judge: Ronald E. Longstaff. 15 MOTION For Nunc Pro Tunc Sentencing (dv, ) (Entered: 09/22/2005) |
| 09/22/2005 | 🔘15 | MOTION For Nunc Pro Tunc Sentencing as to Neal Kramer. Responses due by 10/4/2005 (Attachments: # 1 Brief supporting motion)(Burns, B) (Entered: 09/22/2005) |
| 05/11/2005 | 🔘14 | TRANSCRIPT of Proceedings as to Neal Kramer re 9 Sentencing, held on 01/07/05 before Judge Ronald E. Longstaff. Court Reporter: Jackie M. Sinnott. Page No(s): 1-18. THIS DOCUMENT IS NOT PART OF THE ELECTRONIC CASE. ORIGINAL LOCATED IN THE CLERK'S OFFICE. (dv, ) (Entered: 05/12/2005) |
| 01/31/2005 | 🔘13 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Neal Kramer (pb, ) (Entered: 01/31/2005) |
| 01/12/2005 | 🔘12 | SATISFACTION OF MONETARY IMPOSITION OF JUDGMENT as to Neal Kramer *CVF Assessment* regarding Judgment, 11 (Hayward, Gary) (Entered: 01/12/2005) |
| 01/07/2005 | 🔘11 | JUDGMENT as to Neal Kramer (1), Count(s) 1, Defendant committed to the custody of the US BOP to be imprisoned for a term of 37 months. Supervised Release - 3 years. $100.00 special assessment. 320-OJ-58 . Entered by Ronald E. Longstaff on 1/7/2005. (pb, ) (Entered: 01/11/2005) |
| 01/07/2005 | 🔘10 | Sealed Document (pb, ) (Entered: 01/11/2005) |
| 01/07/2005 | 🔘9 | Minute Entry for proceedings held before Judge Ronald E. Longstaff : 2:00 to 2:35 Sentencing held on 1/7/2005 for Neal Kramer (1), Count(s) 1, Defendant committed to the custody of the US BOP to be imprisoned for a term of 37 months. Supervised Release - 3 years. No fine or costs. (Court Reporter Jackie Sinnott.) (pb, ) (Entered: 01/08/2005) |
| 01/07/2005 | 🔘8 | *SEALED* MOTION to Reduce Sentence by USA as to Neal Kramer. Responses due by 1/20/2005 (Scorpiniti, Debra) (Entered: 01/07/2005) |
| 12/30/2004 | | (Court only) ***JS-2 First Appearance Code 1 added. (kb) (Entered: 01/03/2005) |
| 11/23/2004 | 🔘7 | TEXT ORDER: IT IS ORDERDED that the motion to continue sentencing for Neal Kramer is granted and the sentencing previously schededuled for December 2, 2004 be and is hereby rescheduled for Friday, January 7, 2005 at 2:00 p.m. Entered by Chief Judge Ronald E. Longstaff on 11/23/2004. (dsg) (Entered: 11/23/2004) |
| 11/19/2004 | 🔘6 | Unresisted MOTION to Continue *Sentencing* by Neal Kramer. Responses due by 12/2/2004 (Burns, B) (Entered: 11/19/2004) |
| 09/08/2004 | | (Court only) Docket Modification (Utility) (pb) (Entered: 09/09/2004) |

| | | |
|---|---|---|
| 09/08/2004 | 5 | PLEA Agreement as to Neal Kramer (pb) (Entered: 09/08/2004) |
| 09/08/2004 | 4 | CLERK'S COURT MINUTES: before Judge Ronald E. Longstaff dft Neal Kramer arraigned; Attorney B. John Burns, III present; , guilty plea entered by Neal Kramer ; guilty plea accepted as to Neal Kramer (1) count(s) 1 , preliminary exam satisfied on 9/8/04 before Judge Ronald E. Longstaff change of plea hearing held on 9/8/04 ;PSI Report to be disclosed by: 10/25/04; Objections by: 11/8/04; PSI Report to be submitted by: 11/22/04; sentencing hearing set for 9:00 12/2/04 for Neal Kramer before Judge Longstaff Defendant to remain detained pending sentencing. ( Counsel, USA, USM, USPO) Crt Rptr: Edie Daniels (pb) (Entered: 09/08/2004) |
| 09/08/2004 | 3 | INFORMATION by USA Neal Kramer (1) count(s) 1 (pb) (Entered: 09/08/2004) |
| 09/08/2004 | 2 | WAIVER OF INDICTMENT by defendant Neal Kramer (pb) (Entered: 09/08/2004) |
| 09/02/2004 | | (Court only) Docket Modification (Utility) case assigned to Judge Ronald E. Longstaff , ; preliminary exam set for 1:30 9/8/04 for Neal Kramer before Judge Ronald E. Longstaff ; change of plea hearing set for 1:30 9/8/04 for Neal Kramer [ 4:04-m -20158 ] (sealed) (Entered: 09/07/2004) |
| 09/02/2004 | | WRIT of Habeas Corpus Ad Prosequendum issued for Deft. Neal Kramer (Story County Jail, Nevada, Ia.) for appearance on 9/8/04 at 1:30 p.m. in Des Moines [ 4:04-m -20158 ] (sealed) (Entered: 09/07/2004) |
| 07/26/2004 | | ARREST Warrant issued for Neal Kramer by Magistrate Judge Celeste F. Bremer [ 4:04-m -20158 ] (sealed) (Entered: 07/26/2004) |
| 07/26/2004 | 1 | COMPLAINT against Neal Kramer by USA signed by Magistrate Judge Celeste F. Bremer [ 4:04-m -20158 ] (sealed) (Entered: 07/26/2004) |
| 07/26/2004 | | (Court only) CASE SEALED [ 4:04-m -20158 ] (sealed) (Entered: 07/26/2004) |

AO 245C (Rev. 06/05) Amended Judgment in a Criminal Case (NOTE: Identify Changes with Asterisks (*))
Sheet 1

Case 4:04-cr-00224-REL-RAW Document 18 *SEALED* Filed 10/05/2005 Page 1 of 10

# UNITED STATES DISTRICT COURT

Southern District of Iowa

| UNITED STATES OF AMERICA | AMENDED JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| NEAL KRAMER | Case Number: 4:04-cr-224 |
| | USM Number: 07230-030 |
| | B. John Burns, III |
| | Defendant's Attorney |

**Date of Original Judgment:** January 7, 2005
(Or Date of Last Amended Judgment)

**Reason for Amendment:**
☐ Correction of Sentence on Remand (18 U.S.C. 3742(f)(1) and (2))
☐ Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))
X Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(a))
☐ Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

☐ Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e))
☐ Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))
☐ Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))
☐ Direct Motion to District Court Pursuant ☐ 28 U.S.C. § 2255 or ☐ 18 U.S.C. § 3559(c)(7)
☐ Modification of Restitution Order (18 U.S.C. § 3664)

**THE DEFENDANT:**
X pleaded guilty to count(s) One
☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.
☐ was found guilty on count(s) _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21:846 and 841(b)(1)(C) | Conspiracy to Distribute MDMA | March 31, 2004 | One |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____
☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

October 5, 2005
Date of Imposition of Judgment

*[signature]*
Signature of Judge

Ronald E. Longstaff, Chief U.S. District Court Judge
Name and Title of Judge

October 5, 2005
Date

ECF CERTIFICATION
I DO HEREBY ATTEST AND CERTIFY THIS IS A TRUE AND FULL COPY OF A DOCUMENT WHICH IS PART OF THE ELECTRONIC CASE FILE MAINTAINED BY THE U.S. DISTRICT COURT.
DATE: DEC 2 1 2007
MARK W. JOHN, CLERK
BY: D. Vogel
DEPUTY CLERK

AO 245B (Rev 06/05) Amended Judgment in a Criminal Case Case 4:04-cr-00224-REL-RAW Document 18 *SEALED* Filed 10/05/2005 Page 2 of 10
Sheet 2 — Imprisonment (NOTE: Identify Changes with Asterisks (*))

Judgment — Page 2 of 6

DEFENDANT: NEAL KRAMER
CASE NUMBER: 4:04-cr-224

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term

37 months, to run concurrently with his sentence in State of Iowa v Neal Kramer, Story County Nos. FECR034619 and FECR034577. Defendant shall receive credit for his sentence in this case from January 7, 2005, the date of his sentencing hearing.

X  The court makes the following recommendations to the Bureau of Prisons:
That the defendant be considered for participation in the 500 hour residential drug and alcohol treatment program.
That the defendant be incarcerated in an institution as close to Rockford, Illinois, as possible.

X  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

  ☐  at _____  ☐ a.m.  ☐ p.m.  on _____ .

  ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐  before 2 p.m. on _____ .

  ☐  as notified by the United States Marshal.

  ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

Case 3:08-cr-50001 Document 1 Filed 01/02/2008 Page 9 of 14

AO 245B(05) Amended Judgment in a Criminal Case Case 4:04-cr-00224-REL-RAW Document 18 *SEALED* Filed 10/05/2005 Page 3 of 10
(NOTE: Identify Changes with Asterisks (*))
Sheet 3 — Supervised Release

Judgment—Page 3 of 6

DEFENDANT: NEAL KRAMER
CASE NUMBER: 4:04-cr-224

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of

Three years.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

X The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

X The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record, personal history, or characteristics and shall permit the probation officer to make such notifications and confirm the

AO 245B (Rev 06/05) Amended Judgment in a Criminal Case　　(NOTE: Identify Changes with Asterisks (*))
　　　Sheet 3C — Supervised Release
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Judgment—Page  4  of  6

DEFENDANT:　　NEAL KRAMER
CASE NUMBER:　4:04-cr-224

## SPECIAL CONDITIONS OF SUPERVISION

You shall participate in a program of testing and treatment for substance abuse as directed by the Probation Officer, until such time as you are released from the program by the Probation Office. You shall not use alcohol and/or other intoxicants during after the course of treatment.

You shall submit to a mental health evaluation and participate in treatment, if recommended, which may include compliance with any medical regime recommended by treatment personnel, as directed by the Probation Officer.

AO 245C (Rev. 06/05) Amended Judgment in a Criminal Case (NOTE: Identify Changes with Asterisks (*))
Sheet 5 — Criminal Monetary Penalties

Judgment — Page __5__ of __6__

DEFENDANT: NEAL KRAMER
CASE NUMBER: 4:04-cr-224

## CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 100 | $ 0 | $ 0 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
|  |  |  |  |

**TOTALS**      $_____        $_____

☐ Restitution amount ordered pursuant to plea agreement  $_____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

  ☐ the interest requirement is waived for  ☐ fine  ☐ restitution.

  ☐ the interest requirement for  ☐ fine  ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245C  (Rev. 06/05) Amended Judgment in a Criminal Case
      Sheet 6 — Schedule of Payments
                                                                                          (NOTE: Identify Changes with Asterisks (*))

Judgment — Page   6   of   6  

DEFENDANT:      NEAL KRAMER
CASE NUMBER:   4:04-cr-224

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A    X    Lump sum payment of $ __100.00__ due immediately, balance due

        ☐    not later than _____ , or
        ☐    in accordance with  ☐ C,   ☐ D,   ☐ E, or   ☐ F below; or

B    ☐    Payment to begin immediately (may be combined with  ☐ C,   ☐ D, or   ☐ F below); or

C    ☐    Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D    ☐    Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E    ☐    Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F    X    Special instructions regarding the payment of criminal monetary penalties:

        All criminal monetary penalty payments are to be made to the Clerk's Office, U.S. District Court, P.O. Box 9344, Des Moines, Iowa, 50306-9344.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐    Joint and Several

        Defendant and Co-Defendant Names and Case Numbers (including defendant number), Joint and Several Amount, and corresponding payee, if appropriate.

☐    The defendant shall pay the cost of prosecution.

☐    The defendant shall pay the following court cost(s):

☐    The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

FILED

SEP 08 2004

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 04- 04-cr-224 |
| ) | |
| v. ) | INFORMATION |
| ) | T. 21 U.S.C. §§846 and 841(b)(1)(C) |
| NEAL KRAMER, ) | |
| ) | |
| Defendant. ) | |

THE UNITED STATES ATTORNEY CHARGES:

COUNT 1

(Conspiracy to Distribute MDMA (Ecstasy))

From in or around January 2004, until on or about March 31, 2004, in the Southern District of Iowa and elsewhere, defendant, NEAL KRAMER, did knowingly and intentionally conspire with persons known and unknown to knowingly distribute Methylenedioxymethamphetamine (also known as MDMA or Ecstasy), a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

This is a violation of Title 21, United States Code, Sections 846 and 841(b)(1)(C).

ECF
CERTIFICATION
I DO HEREBY ATTEST AND CERTIFY THIS IS
A TRUE AND FULL COPY OF A DOCUMENT
WHICH IS PART OF THE ELECTRONIC CASE
FILE MAINTAINED BY THE U.S. DISTRICT COURT.
DATE: DEC 21 2007
MARJORIE E. KRAHN, CLERK
BY: _____
DEPUTY CLERK

3.

### THE UNITED STATES ATTORNEY FURTHER CHARGES:

### Aggravating Factors

1. In the course of committing the offense alleged in Count 1, and all conduct relevant thereto, Defendants NEAL KRAMER is responsible for 801 MDMA (Ecstasy) pills (200.25 grams MDMA) (100.125 kilograms marijuana equivalency) and any lesser amount.

Matthew G. Whitaker
United States Attorney

By: *[signature]*
Debra L. Scorpiniti
Assistant United States Attorney